# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN H. DUKES

NO. 2023 KW 1127

**JANUARY 29, 2024**

---

In Re:   Kevin H. Dukes, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-19-0491.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** Writ applications which consist of nothing more than a list of claims without specific factual support present nothing for this court to review. All assignments of error and issues for review shall be briefed. The court may deem as abandoned any issue for review which has not been briefed. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-12.4(B)(4) & 4-8.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT